UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 11284
   CINDA A BATES
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
        Debtor
   SSN XXX-XX-1792
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/25/07 and confirmed on 11/20/07.

2. The case was dismissed after confirmation, 10/09/2008.

3. The Debtor paid a total of $ 1732.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AMERICAN HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| C&W ASSET ACQUISITION LL | SECURED | .00 | .00 | .00 |
| AMERICAN HOME MTGE | MORTGAGE ARRE | .00 | .00 | .00 |
| C&W ASSET ACQUISITION LL | MORTGAGE ARRE | 21004.88 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1236.25 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2418.42 | .00 | .00 |
| ASPIRE VISA | UNSECURED | 411.60 | .00 | .00 |
| CYBRCOLLECT | UNSECURED | NOT FILED | .00 | .00 |
| ENCORE | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4796.07 | .00 | .00 |
| NICOR GAS | UNSECURED | 3392.07 | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | 84.30 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 903.38 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 44.69 | .00 | .00 |
| INTERNAL REVENUE SERVICE | SECURED | 13415.32 | .00 | 266.91 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1976.92 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 665.55 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1527.23 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 34420.20 | 3654.67 | 13801.81 | .00 | 51876.68 |
| PRINCIPAL PAID | 266.91 | .00 | .00 | .00 | 266.91 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 266.91 | .00 | .00 | .00 | 266.91 |

The Debtor's attorney, RICHARD E SEXNER          , was allowed $ 3500.00 and was paid $ 2120.00 direct and $ 1380.00 through the plan.

The Trustee received $    85.09 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/20/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 11284 CINDA A BATES